IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2016 JAN 27 PM 2 16

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED FIRE AND CASUALTY COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROWIN' GREEN, INC., a Wyoming corporation, MAVERICK BARTLETT, and BOARD OF COUNTY COMMISSIONERS, TETON COUNTY,<br><br>Defendants. | Case No. 15-CV-165-ABJ |

### FINAL JUDGMENT

The Court has entered its separate *Order Granting Motion for Default Judgment as Against Growin' Green Inc., Maverick Bartlett, and Board of County Commissioners, Teton County* (Doc. No. 17) finding that default judgment should be entered in favor of United Fire and Casualty Company. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that under the subject contract for insurance, United Fire and Casualty Company owes no duty of coverage for the April 16, 2015 accident where Maverick Bartlett was driving a vehicle owned by Growin' Green that damaged a bridge owned by Teton County.

Dated this 27th day of January, 2016.

Alan B. Johnson
United States District Judge